```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
LEGACY CAPITAL 26, LLC,                                        :
                                                               :
                        Plaintiff,                             :
                                                               :         22-cv-5758 (LJL)
        -v-                                                    :
                                                               :            ORDER
CHALDEAN ENTERPRISE, LLC D/B/A SPEEDY                          :
WEEDY and FURAT NAJAH ALSAIGH,                                 :
                                                               :
                        Defendants.                            :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2023

LEWIS J. LIMAN, United States District Judge:

  As agreed at the status conference held today, September 13, 2023, the motion of Legacy Capital 26, LLC at Dkt. No. 13 to compel arbitration is withdrawn in light of the agreement of the parties to arbitrate their dispute before the American Arbitration Association with Plaintiff paying the fees and expenses associated therewith (including the filing fees and the arbitrator fees but excluding any attorneys' fees).

  The Court ORDERS that this case be stayed pending the completion of the arbitration. The parties are directed to file a status report four months from the date of entry of this order, and then every three months thereafter until the arbitration is complete. Each report shall describe the current status of the arbitration and state whether the stay should be lifted.

  The Clerk of Court is respectfully directed to close Dkt. No. 13.


  SO ORDERED.

Dated: September 13, 2023
   New York, New York
                  LEWIS J. LIMAN
                  United States District Judge