# WELLS LAW P.C.

229 Warner Road
Lancaster, New York 14086
Tel.: (615) 364-5058
Email: will@wellspc.com

March 3, 2025

**BY ECF**

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **Re:** *Legacy Capital 26, LLC v. Chaldean Enterprise, LLC, et al.*, U.S.
> **District Court for the Southern District of New York, Case No. 1:22-cv-05758-LJL**

Dear Judge Liman:

This firm represents Plaintiff Legacy Capital 26, LLC ("Legacy") in the above-referenced action.  I write to provide the Court with a status report regarding the parties' arbitration.

On October 9, 2024, the arbitrator issued an award in favor of Plaintiff and against Defendants.  Plaintiff intends to file a motion to confirm the arbitration before the end of this week.

Please do not hesitate to contact me with any questions.

Respectfully,

/s Will Parsons

Will Parsons