UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEGACY CAPITAL 26, LLC,

                Plaintiff,

     v.

CHALDEAN ENTERPRISE LLC d/b/a SPEEDY
WEEDY and FURAT ALSAIGH,

                Defendants.

Case No. 1:22-cv-05758

**PLEASE TAKE NOTICE THAT**, upon the Declaration of Will Parsons, dated September 29, 2025, with exhibits attached thereto, and the accompanying Memorandum of Law, dated September 29, 2025, Plaintiff, LEGACY CAPITAL 26, LLC ("Plaintiff"), shall move this Court before the Hon. Lewis J. Liman, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York 10007, at such a time and place as this Court may direct for an order confirm the October 9, 2024 arbitration award entered against Defendants CHALDEAN ENTERPRISES LLC D/B/A SPEEDY and FURAT ALSAIGH ("Mr. Alsaigh") (together, "Defendants").

Dated: September 29, 2025

                Respectfully Submitted,

                */s Will Parsons*
                WELLS LAW P.C.
                Steven W. Wells
                Will Parsons
                229 Warner Road
                Lancaster, New York 14086
                (716) 983-4750
                Email: steve@wellspc.com
                Email: will@wellspc.com

                *Counsel for Plaintiff*