**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

LEGACY CAPITAL 26 LLC,

Plaintiff,

-against-

22 **CIVIL** 5758 (LJL)

# JUDGMENT

CHALDEAN ENTERPRISE LLC d/b/a SPEEDY WEEDY and FURAT ALSAIGH,

Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 7, 2026, judgment is entered in favor of Plaintiff, confirming the Award in the amount of $368,937.80 payable jointly and severally by Defendants.

**Dated:** New York, New York

October 9, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**